# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147306

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                            SC:  147306
                            COA:  315102
                            Berrien CC:  2009-000500-FH

CHARLIE BERNARD MACON,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



h1118

Clerk